

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2013

No. 04-13-00459-CR

Willie Smith **WARD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 19th District Court, McLennan County, Texas
Trial Court No. 2011-2338-C1
Honorable Ralph T. Strother, Judge Presiding

# O R D E R

The State's motion for extension of time to file the brief is GRANTED. Time is extended to October 25, 2013.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2013.

_____
Keith E. Hottle
Clerk of Court